IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH HALE and <br> VIKI HALE, Husband and Wife, <br><br> Plaintiffs, <br><br> Vs. <br><br> BAYER CORPORATION, <br> BAYER HEALTHCARE LLC, and <br> WALGREENS, WALGREENS CO. <br> WALGREENS BUSINESS SERVICES, LLC <br> and related companies and entities, <br><br> Defendants. | Case No.: 3:15-cv-00745 |

## RULE 7.1 DISCLOSURE STATEMENT OF WALGREEN CO.

Comes now, Defendant, Walgreen Co., by and through its undersigned attorneys, and makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Any parent corporation of the defendant corporation.

   **Disclosure:** **Walgreens Boots Alliance, Inc.**

2. Any publicly held corporation that owns 10% or more of the Defendant corporation's stock.

   **Disclosure:** **Walgreens Boots Alliance, Inc.**

Date: July 9, 2015

HEPLERBROOM, LLC

By: /s *Matthew Champlin*
Michael Reda, #06184782
Matthew B. Champlin, #6282642
130 N. Main St.
P.O. Box 510
Edwardsville, IL 62025
Tele: 618-656-0184/Fax: 618-656-1364
mxr@heplerbroom.com
mbc@heplerbroom.com

1

**CERTIFICATE OF SERVICE**

       The undersigned certifies that on July 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification to the following:

| | |
|---|---|
| Ted Gianaris | tgianaris@simmonsfirm.com |
| Jo Anna Pollock | jpollock@simmonsfirm.com |
| Terry R. Lueckenhoff | tlueckenhoff@foxgalvin.com |
| Margaret D. Gentzen | mgentzen@foxgalvin.com |
| Katherine M. Fowler | kfowler@foxgalvin.com |

                        By: */s/ Matthew Champlin*