# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH HALE and VIKI HALE, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BAYER CORPORATION, *et al.*, ) <br> ) <br>     Defendants. ) | Case No. 15-cv-00745-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Bayer Corporation, Bayer HealthCare LLC., Walgreens, Walgreens Co., and Walgreens Business Services, LLC. and against Kenneth Hale and Viki Hale, Husband and Wife. This matter is **DISMISSED** without prejudice.

**DATED:** 4/21/2017

                                                                                       **Justine Flanagan**
                                                                                     **Acting Clerk of Court**

                                                                                     *s/Tina Gray*
                                                                                     **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **U.S. DISTRICT JUDGE**